*Thursday, May 25, 1995*

## MOTION DOCKET

**91–2137.** State v. Campbell. *Hamilton County,* No. C–890330. Upon consideration of the motion filed by counsel for appellant to continue stay of execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Hamilton County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective May 23, 1995.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and the same are hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**93–1245.** State v. Loza. *Butler County,* No. CA91–11–0198. This court has received notification that on May 15, 1995, the Supreme Court of the United States entered an order in No. 94–8695, *Jose Trinidad Loza v. Ohio,* which stated:

"On consideration of the petition for a writ of certiorari herein to the Supreme Court of Ohio, IT IS ORDERED by this Court that said petition be, and the same is hereby, denied."

Upon consideration that the stay of execution of sentence granted by this court on February 8, 1995 was conditioned upon final disposition of appellant's petition to the Supreme Court of the United States, and it appearing to this court that the Supreme Court of the United States has rendered a final disposition of the petition,

IT IS ORDERED that the stay of execution is hereby terminated as of the date of this entry, effective May 23, 1995.

IT IS HEREBY ORDERED by this court that the sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 21st day of August, 1995, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Butler County.

IT IS FURTHER ORDERED by the court that, upon written application of appellant, and pursuant to *State v. Glenn* (1987), 33 Ohio St.3d 601, 514 N.E.2d 869, this court will grant one additional stay for a period ending six months from the date of this entry to allow appellant an opportunity to file a petition for post-conviction relief.

## RECONSIDERATION DOCKET

**94–2489.** State v. Hall. *Cuyahoga County,* No. 63771. Reported at 72 Ohio St.3d 1427, 648 N.E.2d 1371. On May 10, 1995, appellant filed a motion for relief from judgment. It appears to the court that the motion for relief from judgment is, in substance, a request for reconsideration of this court's entry of May 3, 1995, dismissing this case for want of prosecution. Upon consideration thereof,

IT IS ORDERED by the court that appellant's motion for relief from judgment be, and is hereby, denied, effective May 23, 1995.